United States District Court

Eastern District of California

Scott W. Smith,

       Plaintiff,                No. Civ. S 05-2266 DFL PAN P

   vs.                           Order

Glenn Douglas, et al.,

       Defendants.

-oOo-

   November 8, 2005, plaintiff, a state prisoner at Mule Creek State Prison, filed an incomplete request for leave to proceed in forma pauperis.

   In order to commence an action, plaintiff must file a complaint (see Fed. R. Civ. P. 3) and either pay the $250 filing fee or file an application for leave to proceed in forma pauperis seek leave to proceed in forma pauperis.  See 28 U.S.C. §§ 1914(a), 1915(a).

   Section 1915(a)(2) requires "a prisoner seeking to bring a

civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not complied with section 1915(a)(2).

The court cannot issue orders for relief until an action has been commenced.

Accordingly, the court hereby orders that:

1. The Clerk of the Court shall send plaintiff the court's form for a civil rights action and an application to proceed in forma pauperis by a prisoner.

2. Within 30 days, plaintiff shall file a complaint and either pay the $250 filing fee or submit the completed application to proceed in forma pauperis by a prisoner. Otherwise this file will be closed.

Dated:   November 15, 2005.

                                         /s/ Peter A. Nowinski
                                         PETER A. NOWINSKI
                                         Magistrate Judge