United States District Court

Eastern District of California

| | |
|---|---|
| Scott W. Smith, | |
|     Plaintiff, | No. Civ. S 05-2266 DFL PAN P |
| vs. | Order |
| Glenn Douglas, et al., | |
|     Defendants. | |

-oOo-

November 15, 2005, I found plaintiff had not submitted a complaint with a complete application for leave to proceed in forma pauperis and gave him 30 days to do so.

Since the November 15, 2005, order was based upon an error in the clerk's office, I hereby vacate the portion of the November 15, 2005, order directing plaintiff to file a complaint. Plaintiff must, however, comply with the portion of the order

///

///

directing him either to pay the filing fee or to submit a complete application to proceed in forma pauperis.

So ordered.

Dated: November 17, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge