IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT W. SMITH,

    Plaintiff,                    No. CIV S-05-2266 DFL PAN P

    vs.

GLENN DOUGLAS, et al.,

    Defendants.              FINDINGS & RECOMMENDATIONS

_____/

        By order filed April 11, 2006, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty-day period has expired and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 20 days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings

/////

/////

1

and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp/004
smit2266.fta